# Order

Michigan Supreme Court
Lansing, Michigan

November 8, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160222

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* McGEE/SPENCER, Minors.

SC: 160222
COA: 347442
Wayne CC Family Div:
11-501043-NA

_____/

On order of the Court, the application for leave to appeal the August 13, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 8, 2019



b1105

Clerk